# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

NORTHWEST CROSS, INC., a Nevada
corporation,

                Plaintiff,

-vs-                                                Case No. 2:10-cv-171-FtM-36SPC

NORTHWEST CROSS, INC., a Florida corporation
and GEORGE F. GRANER, individually;

                Defendants.
_____

## ORDER

This matter comes before the Court on the Motion to Withdraw as Counsel (Doc. #37) filed on May 25, 2010. Michael L. Kraus, Esq., moves the Court for permission to withdraw as Counsel of record for the Defendants. As grounds, Counsel cites irreconcilable differences have arisen between the Defendants and Counsel.

"Pursuant to this Court's Local Rule 2.03, United States District Court, Middle District of Florida, an attorney who wishes to withdraw from a case must obtain written leave of Court after giving ten (10) days notice to the party or client affected thereby, and to opposing counsel." Eidson v. Arenas, 910 F. Supp. 609, 614-615 (M.D. Fla. 1995). In this case, Counsel certifies that proper notification was given and the client consents to the withdrawal.

Additionally, under Local Rule 2.03(d), a corporation may appear and be heard only through counsel admitted to the Court pursuant to Local Rule 2.01 or 2.02. The rule is well established that a corporation is an artificial entity that can only be represented through its agents. Palazzo v. Gulf Oil Corp., 764 F.2d 1382, 1385 (11th Cir. 1985). It cannot appear in judicial proceedings *pro se*

but must instead be represented by licensed counsel. Id. The general rule that corporations must be represented by an attorney in judicial actions applies even where the person seeking to represent the corporation is its president and/or major stock holder. Id. Therefore, having considered the motion, the Court finds good cause to allow the withdrawal of Counsel and will allow the Defendants a brief extension of time to find alternate Counsel pursuant to Local Rule.

Accordingly, it is now

**ORDERED:**

(1) The Motion to Withdraw as Counsel (Doc. #37) is **GRANTED**. Michael L. Kraus, Esq., 400 Fifth Avenue South, Suite 200, Naples, Florida 34102, shall be removed as Counsel of record for the Defendants and removed from electronic notification.

(2) The Corporate Defendant(s) shall have up to and including **JUNE 27, 2010**, to secure alternate Counsel.

(3) The Individual Defendant, George F. Graner, shall have up to and including **JUNE 27, 2010**, to secure alternate Counsel or notify the Court as to his *pro se* status.

**DONE AND ORDERED** at Fort Myers, Florida, this ___28th___ day of May, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record