UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NORTHWEST CROSS, INC., a Nevada
corporation,

            Plaintiff,

-vs-                                                        Case No.  2:10-cv-171-FtM-36SPC

NORTHWEST CROSS, INC., a Florida corporation
and GEORGE F. GRANER, individually;

            Defendants.
_____

## ORDER

This matter comes before the Court on the Defendant George F. Graner's Motion for a Password for Access to the Court's Electronic Filing System (Doc. #42) filed on June 18, 2010. The Court's policy does not allow *pro se* parties access to electronic filing. Thus, the Motion for an electronic password is due to be denied. However, the Court does take into account that the Defendant is *pro se* and filing documents by mail or hand delivery and applies the mail box rule from Fed. R. Civ. P. 6 for any responses and filings that are due from the Defendant.

Accordingly, it is now **ORDERED:**

The Defendant George F. Graner's Motion for a Password for Access to the Court's Electronic Filing System (Doc. #42) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   21st    day of June, 2010.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record