UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NORTHWEST CROSS, INC., a Nevada
corporation,

               Plaintiff,

-vs-                                                  Case No.  2:10-cv-171-FtM-36SPC

NORTHWEST CROSS, INC., a Florida corporation
and GEORGE F. GRANER, individually;

               Defendants.

_____

## ORDER

This matter comes before the Court *sua sponte*. On July 18, 2010, the Court issued an Order to Show Cause (Doc. #47) directing the Defendant to show cause in writing as to why default judgment should not be entered for failure to obtain Counsel. Defendant, George F. Graner, *pro se*, has filed a Motion for Extension of Time to Seek Legal Representation (Doc. #57) on August 11, 2010. The Court will consider the Motion responsive to the Order to Show Cause (Doc. #47). Although the response is noted to be outside of the deadline to show cause, the Court will take no further action on the Order to Show Cause.

Accordingly, it is now

**ORDERED:**

The Court will take no further action on the Order to Show Cause (Doc. #47) issued on July 18, 2010. The Court will issue a ruling on the Motion to Extend Time (Doc. # 57) under separate cover.

**DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of August, 2010.

_____
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record